

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTISBURG DIVISION

GREGORY HANCOCK #72882 — PLAINTIFF

VS   CIVIL ACTION No. 2:07-cv-24-KS-MTP

LARRY T. DYKES, et al — DEFENDENT

## AMENDED COMPLAINT

I, PLAINTIFF Gregory Hancock would like to submitt this amended Complaint as orderd by the Court to withdraw the Jones County Sheriff's Office as a seperate legal entity, also withdraw John Doe defendents.

The only defendents I seek Claim against are Larry Dykes; Thomas Eason; Max Davis; Clarence L. Hinton and Kevin Flynn.

I was a pre-trial detainee when my rights were violated by the above named defendents.

I swear upon penalty of perjury the above amended complaint is true and correct.

Signed this 7th day of May 2007.

Gregory Hancock #72882
Plaintiff