**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**GREGORY HANCOCK, #72882**                                                            **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 2:07cv24-KS-MTP**

**LARRY T. DYKES, THOMAS EASON,
MAX DAVIS, CLARENCE H. HINTON, JR.,
JONES COUNTY SHERIFF'S DEPARTMENT,
KEVIN FLYNN AND JOHN DOES**                                           **DEFENDANTS**

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the

United States Magistrate Judge entered herein on December 29, 2008, after referral of hearing by

this Court, no objections having been filed as to the Report and Recommendation, and the Court,

having fully reviewed the same as well as the record in this matter, and being duly advised in the

premises, finds that said Report and Recommendation should be adopted as the opinion of this

Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same

hereby is, adopted as the finding of this Court, and that Defendant Dykes' Motion to Dismiss

[Doc. #55] be **granted** and that he be **dismissed** without prejudice from this lawsuit and that

Defendant Flynn's Motion to Dismiss, or in the Alternative, Motion to Quash [Docs. #51-52] be

**denied**.  Furthermore, Plaintiff's deadline for serving process is **ordered** extended for thirty (30)

days - so that defendant Flynn can be properly served.

SO ORDERED AND ADJUDGED on this, the 2nd day of February, 2009.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE